■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL BRAZIEL, Appellant.—Judgment, Supreme Court, New York County (Peggy Bernheim, J.), rendered on January 3, 1984, unanimously affirmed, and motion by defendant for

leave to file a *pro se* supplemental brief denied. No opinion. Concur—Ross, J. P., Fein, Milonas, Kassal and Wallach, JJ.